■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. HULLINGS, Appellant. [849 NYS2d 819]—Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered October 31, 2006. The judgment convicted defendant, upon his plea of guilty, of rape in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP T. JOHNSON, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered February 22, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.